BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
JOSHUA E. GARDNER
Assistant Branch Director
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR RENEWABLE ENERGY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY *et al.*, <br><br> Defendants. | No. 4:15-cv-03292-SBA <br><br> **JOINT STATUS REPORT AND STIPULATED REQUEST TO EXTEND STAY PENDING SETTLEMENT NEGOTIATIONS** |

# JOINT STATUS REPORT

Pursuant to the Court's Order of September 15, 2015 [ECF No. 26], Plaintiffs, CAlifornians for Renewable Energy; Ashurst Bar/Smith Community Organization; Citizens for Alternatives to Radioactive Dumping; Maurice and Jane Sugar Law Center for Economic and Social Justice; Sierra Club; and Michael Boyd, and Defendants, the U.S. Environmental Protection Agency ("EPA") and Gina McCarthy, sued solely in her official capacity as Administrator of the U.S. Environmental Protection Agency, submit this Joint Status Report advising the Court of the status of their discussions and respectfully request a thirty-day extension of the stay.

1. On July 15, 2015, Plaintiffs filed a Complaint in this Court asserting six claims for relief against Defendants under the Administrative Procedure Act based on Title VI complaints filed with EPA's Office of Civil Rights. ECF No. 1. Beginning on August 19, 2015, counsel for the parties began conferring by telephone and in writing regarding the possibility of negotiating a resolution to this case and the underlying Title VI complaints. Pursuant to the parties' stipulated request, this Court on September 15, 2015 stayed proceedings for a period of sixty (60) days to allow these discussions to continue without engaging in adversarial and potentially burdensome litigation.

2. During the pendency of the stay, counsel for the parties have had discussions regarding a potential framework for resolution of this litigation and the underlying Title VI complaints. The parties have held multiple telephone conferences, and have exchanged correspondence and information relevant to the administrative proceedings and proposals for resolution of those proceedings and this litigation. The parties wish to continue those discussions and believe that doing so while the litigation remains stayed for an additional period of thirty (30) days would facilitate that process. In their original stipulated request, the parties noted the possibility that an extension of the stay could be warranted, pending the parties' discussions.

3. Accordingly, the parties respectfully request that the Court extend the stay, currently in effect through November 16, 2015, through and including December 16, 2015.

*CARE et al. v. EPA et al.,* **No. 4:15-cv-03292-SBA**
**Joint Status Report and Stipulated Request to Extend Stay**

1

While the stay is in effect, either party may, with prior notice of at least two business days to the opposing party, request that the Court lift the stay should the requesting party believe that the parties' discussions are no longer productive.  A proposed order is attached.

  4.  At present, the Court has set the following deadlines:

- **December 3, 2015**, for the filing of a Joint Case Management Statement, *see* ECF No. 27; and
- **December 10, 2015**, for holding an initial Case Management Conference, *see* ECF No. 27.

The parties agree and request that these deadlines be held in abeyance during the pendency of the requested extension of the stay.  The parties further agree to submit, seven (7) days prior to the expiration of the requested extension of the stay or seven (7) days after the requested stay is lifted for any reason, a Second Joint Status Report advising the Court of the status of their discussions.

  5.  To date, the stay presently in effect is the only previous time modification in this case.  The parties respectfully submit that, other than those dates discussed above, this stipulated request will not alter the date of any event or any deadline already fixed by Court order.

Dated: November 9, 2015.      Respectfully submitted,

                U.S. DEPARTMENT OF JUSTICE

                BENJAMIN C. MIZER
                Principal Deputy Assistant Attorney General
                JOSHUA E. GARDNER
                Assistant Branch Director

                 */s/ Andrew Zee*
                M. ANDREW ZEE (CA Bar No. 272510)
                Attorney
                Civil Division, Federal Programs Branch
                U.S. Department of Justice
                450 Golden Gate Avenue, Room 7-5395
                San Francisco, CA 94102
                Telephone: (415) 436-6646

|  |  |
|---|---|
|  | Facsimile: (415) 436-6632 |
|  | E-mail: m.andrew.zee@usdoj.gov |
|  |  |
|  | *Attorneys for Defendants* |
| Dated: November 9, 2015. | Respectfully submitted, |
|  |  |
|  |    */s/ Irene V. Gutierrez* |
|  | IRENE V. GUTIERREZ |
|  | State Bar No. 252927 |
|  | Earthjustice |
|  | 50 California Street |
|  | San Francisco, CA 94111 |
|  | igutierrez@earthjustice.org |
|  | Tel: 415-217-2000/Fax: 415-217-2040 |
|  |  |
|  | MARIANNE L. ENGELMAN LADO* |
|  | New York Registration No. 2212579 |
|  | JONATHAN SMITH |
|  | California State Bar No. 286941 |
|  | Earthjustice |
|  | 48 Wall Street, 19th Floor |
|  | New York, NY 10005 |
|  | mengelmanlado@earthjustice.org |
|  | jjsmith@earthjustice.org |
|  | Tel: 212-845-7376/Fax: 212-918-1556 |
|  | * Admitted *Pro Hac Vice* |
|  |  |
|  | *Attorneys for Plaintiffs* |

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                        */s/ Andrew Zee*
                                        M. ANDREW ZEE (CA Bar #272510)

**[~~PROPOSED~~] ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby orders that all proceedings in this case shall be stayed for an additional period of thirty (30) days, through and including December 16, 2015.  All previously established case management deadlines shall be held in abeyance during the pendency of this stay.  The Court further orders that the parties shall submit a Second Joint Status Report seven (7) days prior to the expiration of the stay or seven (7) days after the requested stay is lifted for any reason advising the Court of the status of their discussions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 9, 2015

*[signature: Saundra B. Armstrong]*
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge