UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIANS FOR RENEWABLE ENERGY, ASHURST BAR/SMITH COMMUNITY ORGANIZATION, CITIZENS FOR ALTERNATIVES TO RADIOACTIVE DUMPING, SAINT FRANCIS PRAYER CENTER, SIERRA CLUB, and MICHAEL BOYD,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY, in her official capacity as Administrator of the Environmental Protection Agency,<br><br>Defendants. | Case No: C 15-3292 SBA<br><br>**ORDER OF REFERENCE FOR MANDATORY SETTLEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT the instant action is REFERRED to Magistrate Judge Laurel Beeler for a mandatory settlement conference to take place within 60 days of the date this order is filed or at such time as mutually agreed upon by the parties and Magistrate Judge Beeler.

IT IS SO ORDERED.

Dated: 2/18/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge