UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIANS FOR RENEWABLE ENERGY, et al.,<br><br>             Plaintiffs,<br><br>    vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>             Defendants. | Case No:  C 15-3292 SBA<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The parties shall appear for a telephonic Case Management Conference on **June 22, 2016, at 2:30 p.m.**  At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file an updated Joint Case Management Statement in accordance with Civil Local Rule 16-9.  Plaintiffs' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiffs' counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

   IT IS SO ORDERED.

Dated:  6/8/16

                                                                _____
                                                                SAUNDRA BROWN ARMSTRONG
                                                                Senior United States District Judge