| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| CALIFORNIANS FOR RENEWABLE ENERGY, ASHURST BAR/SMITH COMMUNITY ORGANIZATION, CITIZENS FOR ALTERNATIVES TO RADIOACTIVE DUMPING, SAINT FRANCIS PRAYER CENTER, SIERRA CLUB, and MICHAEL BOYD, | | Case No: C 15-3292 SBA |
| Plaintiffs, | | **SECOND ORDER OF REFERENCE FOR MANDATORY SETTLEMENT CONFERENCE** |
| vs. | | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY, in her official capacity as Administrator of the Environmental Protection Agency, | | |
| Defendants. | | |

This matter is RE-REFERRED to Magistrate Judge Laurel Beeler for a mandatory settlement conference to take place within sixty (60) days of the date this order is filed or at such time as mutually agreed upon by the parties and Judge Beeler. A representative from the EPA's Office of Civil Rights shall be present at the settlement conference. Pending further order of the Court, discovery is temporarily held in abeyance pending the conclusion of the settlement conference and related discussions supervised by Judge Beeler. The parties are encouraged to address with Judge Beeler potential options for informally exchanging information germane to anticipated settlement discussions.

| | |
|---|---|
| 1 | The parties shall appear for a further telephonic Case Management Conference on **November 2, 2016, at 2:30 p.m.** At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file an Updated Joint Case Management Statement in accordance with Civil Local Rule 16-9. Plaintiffs' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiffs' counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT. |

IT IS SO ORDERED.

Dated:  7/7/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

cc: Mag. Judge Beeler
    Mag Ref Clerk