SUZANNE NOVAK (NY Bar No. 292574)
*[Admitted Pro Hac Vice]*
JONATHAN SMITH (CA Bar No. 286941)
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7376
snovak@earthjustice.org
jjsmith@earthjustice.org

MARIANNE L. ENGELMAN LADO
(NY Bar No. 2212579)
*[Admitted Pro Hac Vice]*
Environmental Justice Clinic
Vermont Law School
164 Chelsea Street
P.O.Box 96
South Royalton, VT  05068
(917) 608-2053
mengelmanlado@vermontlaw.edu

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIANS FOR RENEWABLE ENERGY, et al.,** | Case No. 4:15-cv-03292-SBA (LB) |
| Plaintiffs, | **JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PLAINTIFFS' APPLICATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et ano.,** | |
| Defendants. | |

Californians for Renewable Energy, Ashurst/Bar Smith Community Organization, Citizens for Alternatives to Radioactive Dumping, Saint Francis Prayer Center, Sierra Club, and Michael Boyd ("Plaintiffs"), and the U.S. Environmental Protection Agency and Andrew Wheeler, in his official capacity as Administrator of the U.S. Environmental Protection Agency ("Defendants"), through their respective counsel, stipulate and agree as follows:

1.     Plaintiffs have filed concurrently with this stipulation an application for an award of attorneys' fees and expenses in this case following the Court's entry of an order resolving Defendants' Motion to Alter Judgment on September 30, 2020, followed by an Amended Judgment on October 2, 2020.  ECF Nos. 144, 145.

2.     Plaintiffs and Defendants agree that proceeding with full briefing and a hearing on Plaintiffs' application at this time would unnecessarily increase attorney's fees and use judicial resources. Plaintiffs and Defendants believe that the most efficient path forward would involve the informal negotiation and resolution of their respective positions on fees, and have agreed to engage in discussions to that end.

3.     Accordingly, Plaintiffs and Defendants stipulate and agree that further filings and proceedings related to this application, including, but not limited to, the submission of detailed costs and fees documentation, declarations supporting the application, possibly an amended application, and response and reply memoranda should be deferred while Plaintiffs and Defendants attempt to resolve this pending application by settlement. Plaintiffs and Defendants further stipulate and agree that if settlement is not possible, they will attempt to agree to a schedule for briefing and resolving these matters, and if no agreement on a schedule can be reached, one of parties shall request that the Court set such a schedule.

4.     By entering into this stipulation, Defendants are not agreeing that the Plaintiffs are entitled to recover attorney's fees for their pending fee application in this case, or to the amount of any such fees.  Unless specifically agreed to herein, Defendants do not waive any objection or defense they may have to the Plaintiffs' fee application, including, but not limited to, whether the Plaintiffs are a prevailing party under the Equal Access to Justice Act and whether Defendants' position was substantially justified.

     5.   Notwithstanding the foregoing, Defendants do agree to waive any objection or defense that Plaintiffs failed to timely file a complete application for attorney's fees and costs, including timely filing detailed costs and fees documentation and supporting declarations.

Respectfully submitted this 23rd day of December, 2020.

EARTHJUSTICE

By: */s/ Suzanne Novak*

SUZANNE NOVAK (NY Bar No. 292574)
*[Admitted Pro Hac Vice]*
JONATHAN SMITH (CA Bar No. 286941)
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7376
snovak@earthjustice.org
jjsmith@earthjustice.org

MARIANNE L. ENGELMAN LADO
(NY Bar No. 2212579)
*[Admitted Pro Hac Vice]*
Environmental Justice Clinic
Vermont Law School
164 Chelsea Street
P.O.Box 96
South Royalton, VT  05068
(917) 608-2053
mengelmanlado@vermontlaw.edu

*Attorneys for Plaintiffs*

UNITED STATES DEPARTMENT OF JUSTICE

By: */s/ Andrew Zee*

M. ANDREW ZEE (CA Bar No. 272510)
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
 (415) 436-6646
m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is ORDERED that all proceedings on Plaintiffs' application for attorney's fees and expenses, including the submission of detailed costs and fees documentation, declarations supporting the application, possibly an amended application, and response and reply memoranda, are held in abeyance, pending the parties' attempts to resolve and settle Plaintiffs' request for fees and expenses.

Date: December 23, 2020

Saundra Brown Armstrong
U.S. District Judge